1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    DEUTSCHE BANK NATIONAL TRUST            CASE NO. 14cv297-LAB (BLM)
      COMPANY, as Trustee for DSLA
12    Mortgage Loan Trust 2004-AR4,           **ORDER OF REMAND**

13                                Plaintiff,
              vs.
14    CELESTE LOUDON, DAVID LOUDON,

15                                DefendantS.

16

17        The Court ordered Defendants, who had removed this action on the basis of diversity

18   jurisdiction, to show cause why it should not be remanded. Defendants have filed their

19   response, and it fails to show cause why this action should not be remanded. To the

20   contrary, it clearly demonstrates the Court lacks jurisdiction.

21        The Court's Order to Show Cause (Docket no. 10) pointed out that the notice of

22   removal relied on diversity jurisdiction; and that, because the complaint sought much less

23   than $75,000, the amount in controversy requirement was not met. The Order also noted

24   that the notice of removal had mentioned federal question jurisdiction in passing, but hadn't

25   relied on it. But even if Defendants wanted to rely on federal question jurisdiction, the Order

26   noted, they couldn't do so, because the well-pleaded complaint rule permits the Court to

27   exercise jurisdiction only where a federal claim appears on the face of the complaint.

28   / / /

1    Defendants' response essentially ignores the Order's legal discussion.  It argues that
2  its federal defenses or counterclaims give rise to federal question jurisdiction. This is wrong.
3  *See Sparta Surgical Corp. v. Nat'l Ass'n of Sec. Dealers, Inc.*, 159 F.3d 1209, 1211 (9th Cir.
4  1988) (discussing well-pleaded complaint rule).

5    Defendants' response also argues that diversity jurisdiction exists merely because the
6  parties are diverse, and omits any mention at all of the amount in controversy. Because the
7  complaint seeks much less than the threshold amount, it is clear the Court cannot exercise
8  diversity jurisdiction in this action.

9    This case is therefore **REMANDED** to the Superior Court for the State of California,
10  County of San Diego (Hall of Justice), from which it was removed.

11    **IT IS SO ORDERED**.

12  DATED: March 23, 2014

13

14  **HONORABLE LARRY ALAN BURNS**
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28